O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TIMOTHY GOMEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. EDCR 06-101-CAS <br><br> REVOCATION AND OF <br> REINSTATEMENT OF SUPERVISED <br> RELEASE AND JUDGMENT |

On December 5, 2011, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 9, 2011. Government counsel, Fred Slaughter and Timothy Searighti, the defendant and his appointed attorneys, DFPDs Richard Goldman and Christopher Dybwad, were present. The U.S. Probation Officer, Robert Segura, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on March 9, 2011. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 6, 1997.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked and reinstated. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of six (6) months to run consecutive with CR10-1234-CAS, with eight (8) years of supervision to follow. The period of supervised

release shall run concurrent with CR10-1234-CAS.

The defendant is advised of his right to appeal.

The Court recommends that the defendant be placed in the 500 hour drug treatment program (RDAP) while in the custody of the Bureau of Prisons. The Court further recommends the defendant be designated to FCI Terminal Island or a RDAP facility located in Southern California, so the defendant may remain close to his family.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 6, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK


By: ___/S/_____
, Deputy Clerk Rita Sanchez